

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Paul Wayne Palmer,

Vs. No. 11-21-00242-CR

The State of Texas,

* From the County Court at Law No. 2
of Taylor County,
Trial Court No. 2-285-20.

* January 6, 2022

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Paul Wayne Palmer's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.